## Marra v. Marra, Appellant.

Argued October 6, 1955. Before STERN, C. J., STEARNE, JONES, MUSMANNO and ARNOLD, JJ.

228

*John B. Nicklas, Jr.,* with him *McCrady & Nicklas,* for appellant.

*Clyde P. Bailey,* with him *William J. Graham,* for appellee.

OPINION PER CURIAM, November 17, 1955:

The order is affirmed on the unanimous opinion of the Superior Court written by Judge Ross, reported at 178 Pa. Superior Ct. 102, 113 A. 2d 320.

Mr. Justice MUSMANNO dissents.